UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AXOS BANK f/k/a BOFI FEDERAL BANK, | Case No. 7:23-cv-669 |
| Plaintiff, | |
| - against - | **CLERK'S CERTIFICATE OF DEFAULT** |
| RAYMOND MURPHY | |
| Defendant. | |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on <u>January 26, 2023</u> with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant <u>Raymond Murphy</u> via personal service *and proof of service was therefore filed on <u>February 7, 2023</u>, Doc. #7.*

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York
       <u>   March 6   </u>, 2023

                                                      RUBY J. KRAJICK
                                                      Clerk of the Court

By:_____
                                                       Deputy Clerk