UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AXOS BANK f/k/a BOFI FEDERAL BANK,<br><br>Plaintiff,<br><br>- against -<br><br>RAYMOND MURPHY<br><br>Defendant. | No. 7:23-cv-669 (KMK)<br><br>**ORDER AMENDING FINAL JUDGMENT OF FORECLOSURE AND SALE TO APPOINT A SUCCESSOR REFEREE** |

**WHEREAS**, a Final Judgment of Foreclosure and Sale was entered against Raymond Murphy ("Defendant") in this action on August 7, 2023 (the "Final Judgment"), providing for the sale of the real property located at 229 Kimball Terrace, Yonkers, New York 10704-3024 ("the Property"); and

**WHEREAS**, the Final Judgment appointed Michele L. Bermel as referee to effectuate the sale of the Property; and

**WHEREAS,** the sale of the Property was noticed and scheduled to occur on October 31, 2023; and

**WHEREAS,** Defendant filed a petition under Chapter 13 of 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") on October 27, 2023 (the "Bankruptcy Case"); and

**WHEREAS,** Axos Bank f/k/a Bofi Federal Bank ("Plaintiff") was prevented from going forward with the sale by the automatic stay that arose in the Bankruptcy Case and therefore Plaintiff cancelled the sale; and

**WHEREAS,** during the Bankruptcy Case, Plaintiff received payments from the Defendant and from the Chapter 13 Trustee in the total amount of $135,438.33 (the "Post Judgment Payments"); and

**WHEREAS**, Defendant's Bankruptcy Case was dismissed on July 17, 2026 and no discharge was granted as Defendant failed to make the payments due under his bankruptcy plan; and

**WHEREAS**, after the Bankruptcy Case was dismissed, Plaintiff contacted the referee Michele L. Bermel to reschedule the foreclosure sale; and

**WHEREAS**, Ms. Bermel advised that she is no longer practicing as referee and, therefore, for the foreclosure sale to move forward, a successor referee must be appointed; and

**WHEREAS**, Plaintiff's counsel contacted Michelle Anderson, Esq., who serves as a referee in Westchester County and who advised that she is able to serve as successor referee in this action;

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED, ADJUDGED AND DECREED**, Michelle Anderson, Esq., having an office at 5031 Rt. 9W, Newburgh, NY 12550, is hereby appointed Successor Referee in the above-captioned action in place and stead of the Original Referee, Michele L. Bermel; and it is further

**ORDERED**, that the Successor Referee shall have all the powers and duties of the Original Referee as set forth in the Final Judgment; and it is further

**ORDERED**, that Successor Referee shall credit the Post Judgment Payments against the amount due Plaintiff in the Final Judgment; and it is further

**ORDERED**, that the Successor Referee shall take and subscribe an oath faithfully to perform the duties of the office of Referee in this action before entering upon such duties, and shall file said oath with the Clerk of the Court; and it is further

**ORDERED**, that all prior proceedings, findings, and actions taken by the Original Referee in connection with this action shall remain in full force and effect to the extent applicable, and the Successor Referee may rely upon and adopt such prior proceedings and findings as the Successor Referee deems appropriate; and it is further

**ORDERED**, that the Successor Referee shall be entitled to compensation in accordance with CPLR § 8003(a) and the guidelines of the New York State Supreme Court; and it is further

ORDERED, that Plaintiff's counsel shall serve a copy of this Order upon the Successor Referee within 7 days of the date hereof, and shall serve copies upon all parties entitled to notice within 7 days thereafter.

SO ORDERED.

______________________________
HON. KENNETH M. KARAS
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Dated: 9/9/26